**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | IN BANKRUPTCY |
| | ) | |
| AG CARRIERS, INC | ) | CASE NO. 00-74124 |
| | ) | |
| DEBTOR(S) | ) | CHAPTER 7 |

**TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED PROPERTY**

BERNARD J NATALE, TRUSTEE ("TRUSTEE"), pursuant to 11 USC §347 and Rule 3010 of the Federal Rules of Bankruptcy Procedure, provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1. The debtor filed a voluntary petition for relief under Chapter 7 of The United States Bankruptcy Code on December 22, 2000.
2. At all relevant times, herein, Bernard J Natale as been the duly appointed, acting and qualified trustee for the estate of the above named debtor.
3. On April 16, 2009 distribution checks were prepared for creditors.
4. The Trustee sent distribution checks via US Mail to creditors listed on the attached Exhibit "A".
5. The distribution checks for these creditors have been returned to the Trustee marked "Return to Sender, No Forwarding Address, and Undeliverable." All reasonable attempts have been expended to locate these creditors with no success.
6. By reason of the foregoing, Trustee has stopped payment on these distribution checks and has deposited these unclaimed funds by payment of same to the Clerk of the Bankruptcy Court pursuant to §347 of the Bankruptcy Code.

DATED: November 4, 2009

RESPECTFULLY SUBMITTED,

/S/ BERNARD J NATALE
BERNARD J NATALE, TRUSTEE

PREPARED BY:
ATTORNEY BERNARD J NATALE
BERNARD J. NATALE LTD
6833 STALTER DRIVE SUITE 201
ROCKFORD IL  61108
PHONE: 815-964-4700
FAX: 815-316-4646