Printed: 10/23/09 01:14 PM                    **Stale Check Report**                    Page: 1

Trustee: BERNARD J. NATALE (330370)
Case:    00-74124 - AG CARRIERS, INC

| Account No. | Check No. | Issued | Payee | Check Amount |
|---|---|---|---|---|
| 312-8331956-66 | 220 | 10/23/09 | Clerk of the U S Bankruptcy Court | $6,581.41 |

| Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|
| 200 | 163 | 07/24/01 | 510 | TIMOTHY YEAGER<br>6737 KNIGHTSWOOD DR<br>ORLANDO, FL 62818 | 3,412.05 | 3,412.05 |
| 105 | 174 | 05/10/01 | 520 | Richard A. Hull<br>1312 Willow Glen Circle #228<br>Ft. Worth, TX 76134 | 1,554.00 | 1,554.00 |
| 151 | 181 | 06/04/01 | 520 | PEDIATRICIANS CARE UNIT<br>DR. JOSEPH CANNIZZARO<br>357 WEKIVA SPRINGS RD.<br>LONGWOOD, FL 32779 | 160.00 | 160.00 |
| 155 | 183 | 06/07/01 | 520 | TANNER CAMILLE A.<br>3699 CR 513<br>WILDWOOD, FL 34785 | 1,455.06 | 1,455.06 |
| SUTAEMPR | 204 | 12/22/00 | 570 | ILL EMPLOYMENT SECURITY - STATE<br>UNEMP TAX EMPLOYER PORTION | 0.30 | 0.30 |

**EXHIBIT A**

(*) Denotes objection to Amount Filed