**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**
**Eastern Division**

| | |
|---|---|
| In Re: | ) |
| | ) |
| AG Carriers, Inc. | )   Bankruptcy Case No. 00-74124 |
| | )   Leading Case No. |
| | ) |
| Debtor | ) |

## ORDER

IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $2,140.00 to Robert W. Mailhiot, claimant, c/o Dilks & Knopik, LLC, in the above captioned case.

Claimant's last four digits of Social Security number or EIN #: 1560

Dilks & Knopik, LLC's last four digits of EIN #: 9851

Dated: 6/3/10

Carol A. Doyle
United States Bankruptcy Judge

Payment to be mailed to:
Robert W. Mailhiot
c/o Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027